**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MOD STACK LLC,**<br>          Plaintiff,<br>v.<br>**AUDIOCODES, INC.,**<br>          Defendant. | CASE NO.  2:16-cv-796-JRG-RSP<br>(LEAD CASE)<br><br>**PATENT CASE** |
| **SHORETEL, INC.,**   Defendant | CASE NO.  2:16-cv-800-JRG-RSP<br>(CONSOLIDATED) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Mod Stack LLC ("Plaintiff") and Defendant ShoreTel, Inc., ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case.  Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and that the case is dismissed.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 9th day of November, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE